# Amended Exhibit 1

**To Docket No. 120-2**

**Collective Action Settlement Agreement and Release with Exhibits**

## COLLECTIVE ACTION SETTLEMENT AGREEMENT AND RELEASE

Subject to Court approval, Forest River Manufacturing, LLC, including its officers, directors, shareholders, employees, representatives, corporate parents, corporate siblings, subsidiaries, predecessors, successors, affiliates thereof, and otherwise related entities (collectively, "Forest River" or "Defendant"), and Heather R. Fitzgerald ("Representative Plaintiff" or "Fitzgerald"), individually, and on behalf of the Opt-In Plaintiffs (as defined below) (collectively, "Plaintiffs"), voluntarily enter into this Settlement Agreement and Release (this "Agreement") to settle all claims and issues as set forth more fully below. The Representative Plaintiff and the Defendant will be collectively referred to as the "Parties."

## BACKGROUND AND RECITALS

1.    On December 2, 2020, Representative Plaintiff filed a lawsuit against Forest River in the United States District Court for the Northern District of Indiana, Case No. 3:20-cv-01004-DRL-MGG (the "Action"), asserting a collective action for unpaid overtime wages under the FLSA, 29 U.S.C. § 216(b).   In the Action, Representative Plaintiff asserted claims against Defendant on behalf of herself and others similarly situated under the Fair Labor Standards Act ("FLSA") and Indiana wage payment laws.

2.    On February 11, 2021. Representative Plaintiff filed her Motion for Step One Conditional Certification and Notice Pursuant to the FLSA ("First MCC").

3.    On March 5, 2021, Defendant filed its Motion for Leave to Conduct Limited Expedited Discovery ("Motion for Discovery"). Defendant's Motion for Discovery was opposed. However, the Court granted Defendant's Motion for Discovery and denied Representative Plaintiff's First MCC by Order on March 11, 2021.

The signed document can be validated at https://app.vinesign.com/Verify

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

4.      Over the following three months, the Parties conducted written discovery and took depositions.

5.      On September 21, 2021, Representative Plaintiff filed her Renewed Motion for Step One Conditional Certification and Notice Pursuant to the FLSA ("Renewed MCC"). The Renewed MCC was contested.

6.      On February 23, 2022, the Court issued an Order granting Representative Plaintiff's Renewed MCC.

7.      Notice was sent to approximately 10,732 putative collective members.

8.      Approximately 1,000 putative collective members returned consent forms and joined this Action ("Opt-In Plaintiffs").

9.      The Court held a Rule 16 Preliminary Pretrial Conference on July 14, 2022 to discuss what discovery would be permitted following conditional certification and notice. The Court allowed Phase II discovery that included sending Defendant's questionnaire to 100 Opt-In Plaintiffs and conducting 5 additional depositions. The Court also ordered the Parties to attend mediation no later than November 30, 2022.

10.     The Parties completed the pre-mediation discovery and scheduled mediation with Lynn Cohn on November 17, 2022.

11.     Although the Parties attended the mediation, the mediation ended with the Parties at an impasse.

12.     Nevertheless, the Parties continued settlement discussions and agreed on a settlement in principle which was memorialized in a Settlement Term Sheet.

13.     The settlement described below ("Settlement") was reached as to all claims in the Action, as a result of extensive and arm's length negotiations between the Parties.

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

14.     The purpose of this Agreement is to fully and finally settle all Released Claims (as defined below) that Representative Plaintiff and Opt-In Plaintiffs may have against Defendant.

## DEFINITIONS

15.     "Approval Order" means the Court's Order approving this Settlement and entering judgment, without modification or change to any material term herein.

16.     "Claim Period" means the 60 days beginning with the date the Notice of Settlement and Claim Form and Release are sent and ending on the date that Opt-In Plaintiffs will have to return the Claim Form and Release.

17.     "Court" means the United States District Court for the Northern District of Indiana.

18.     "Defendant's Counsel" means Taft Stettinius & Hollister LLP.

19.     "Effective Date" means twenty-one (21) days after the date on which the Court approves this Settlement, provided no appeal of the Approval Order has been filed.

20.     "Global Settlement Fund" means the gross settlement amount of Three Hundred Sixty-Two Thousand Five Hundred Dollars ($395,000.00).  The Global Settlement Fund is the sole and maximum payment by the Defendant and includes (1) all Settlement Awards (defined below); (2) any Service Payment approved for Representative Plaintiff; and (3) all attorneys' fees and litigation expenses for Plaintiffs' Counsel (defined below) approved by the Court.  The Global Settlement Fund does not include Defendant's required employer tax contributions on any portions of the Settlement Awards or Service Payment treated as wages under Internal Revenue Service ("IRS") Form W-2.  Defendant agrees to pay these tax contributions outside of the Global Settlement Fund. The Global Settlement Fund also does not include the costs of settlement administration which Defendant agrees to pay separately outside of the Global Settlement Fund.

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

21.     "Net Settlement Fund" means the amount available for individual Settlement Awards, after deducting all Plaintiffs' Counsel's attorneys' fees and litigation expenses approved by the Court, and the Service Award (defined below).

22.     "Notice of Settlement" and "Claim Form" and "Release" mean the forms approved by the Parties' Counsel, which, subject to Court approval, will be sent to each Opt-In Plaintiff, will explain this Settlement and provide an estimated amount of each Plaintiff's Settlement Award and will direct the Plaintiff to execute the Release, complete the Claim Form, and timely return both documents to the Settlement Administrator.  A copy of the Notice of Settlement and Claim Form and Release are attached hereto as **Exhibit A**.

23.      "Opt-In Plaintiffs" means the individuals who have opted into this case.

24.     "Participating Settlement Plaintiff" means any Opt-In Plaintiff who timely returns a completed Claim Form and fully executed Release.

25.     "Plaintiffs' Counsel" means the law firms Hassler Kondras Miller LLP, Nilges Draher LLC, and Coffman Legal LLC.

26.     "Plaintiffs" means the Representative Plaintiff and the Opt-In Plaintiffs.

27.     "Released Claims" means, the Participating Settlement Plaintiff will release, and forever discharge, Released Parties (defined below), from any and all claims, demands, damages, attorneys' fees, costs, expenses, and causes of action of any kind or nature, whether known or unknown, that arise prior to the date the Participating Settlement Plaintiff cashes his or her Settlement Award (defined below) check, that the Participating Settlement Plaintiff has or may have on account of or relating in any way to (a) unpaid wages, unpaid overtime wages, untimely paid wages, wage payments, and/or bonus or incentive compensation, and/or (b) Indiana wage payment laws, Indiana wage laws, and/or the Fair Labor Standards Act, including without

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

limitation any claims for damages, unpaid costs or expenses, penalties, liquidated damages, punitive damages, attorneys' fees, litigation costs, restitution, or equitable relief.

28.    "Released Parties" means Defendant and any of its present and former affiliates, divisions, members, joint venture partners, subsidiaries, parents, predecessors, any merged entity or merged entities and/or its or their present and former officers, partners, directors, employees, agents, attorneys, shareholders and/or successors, insurers or reinsurers, employee benefit plans (and the trustees, administrators, fiduciaries, agents, representatives, insurers and reinsurers of such plans), assigns, trustees, heirs, administrators, executors, representatives and/or principals thereof, and all persons or entities acting by, through, under, or in concert with any of them, and any individual or entity that could be jointly liable with any of them.

29.    "Settlement" means the Parties' resolution of the Action as to the Plaintiffs.

30.    "Settlement Administrator" means Atticus Administration LLC.

31.    "Settlement Administrator Costs" means all settlement administration fees, expenses, and costs incurred by the Settlement Administrator directly or indirectly related to its duties under this Agreement, including but not limited to all fees, expenses, and costs in connection with the Global Settlement Fund and Net Settlement Fund, and those duties related to notice, check cutting and mailing, reports to Counsel, court filings, legal and accounting advice relating to the establishment of the Net Settlement Fund and tax treatment and reporting of awards to Plaintiffs, preparation of tax returns (and the taxes associated with such tax returns as defined below), calculating Settlement Awards, and any other related duties.

32.    "Settlement Award" means the amount of the Net Settlement Fund that will be paid to each Participating Settlement Plaintiff, which shall be his or her *pro rata* share of the Net Settlement Fund based on the number of workweeks they were paid on a piece-rate basis only. The

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

Settlement Awards will also include the amounts redistributed for Opt-In Plaintiffs who elect not to participate in the Settlement. In no event shall any Settlement Award be less than $100.00. Defendant shall not be entitled to a reversion.

33. "Service Award" means the payment made from the Global Settlement Fund to Representative Plaintiff for her services in bringing and prosecuting the Action, and in consideration for Representative Plaintiff's general release of claims.

## DENIAL OF LIABILITY

34. Defendant denies liability or wrongdoing of any kind associated with the claims alleged in the Action. Consequently, this Agreement is a compromise, and shall not be construed as an admission of liability, culpability, wrongdoing, or negligence by Defendant or the Released Parties, for any purpose, and under any circumstance. This Agreement, as well as the negotiations that occurred in connection with its creation, shall not constitute evidence with respect to any issue, or dispute, in any lawsuit, legal proceeding, or administrative proceeding, except for legal proceedings concerning the enforcement or interpretation of this Agreement. The Parties do not concede any claims or defenses that were, or could have been, raised in the Action; rather, they merely negotiated and reached a settlement to avoid further disputes and litigation and the attendant inconvenience and expense.

## DUTIES OF THE PARTIES TO COOPERATE TO OBTAIN COURT APPROVAL OF THE SETTLEMENT

35. The Parties will fully cooperate with each other and use reasonable efforts, including all efforts contemplated by this Settlement and any other efforts ordered by the Court, to accomplish the terms of this Settlement, including but not limited to, executing such documents and taking such other action as may reasonably be necessary to obtain approval of this Settlement without material modifications and to implement its terms.

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

36.     The Parties shall file a Joint Motion for Approval of the Settlement, requesting that the Court:

>   a.      Approve the Settlement and its terms as fair, reasonable, and sufficient, and direct that the Action be dismissed with prejudice and in full and final discharge of any and all Released Claims, but authorizing this Court to retain jurisdiction to enforce the terms of this Agreement;
>
>   b.      Approve the requested Service Award, attorney's fee award, and costs to Plaintiffs' Counsel; and
>
>   c.      Direct that the Global Settlement Fund be distributed in accordance with the terms of this Settlement.

37.     For purposes of this Agreement, Defendant consents to jurisdiction and venue in the United States District Court for the Northern District of Indiana.

38.     If the Court does not approve the Settlement or the Settlement does not reach the Effective Date for any reason, the Parties agree to engage in follow-up good faith negotiations with the intent of resolving any issues that precluded approval, and if feasible, to resubmit the Settlement for approval within thirty (30) days. If the Settlement remains not approved and/or not effective, then either Party may void this Agreement, and all Parties shall return to their respective positions on the day before this Agreement was executed, and this Agreement shall not be used in evidence or argument in any other aspect of the litigation.

## **ATTORNEYS' FEES AND COSTS**

39.     Plaintiffs' Counsel will seek an order from the Court approving the payment of their fees for services in the amount of one-third of the Global Settlement Fund, and their litigation expenses. Any attorneys' fees and litigation expenses approved by the Court will be paid from the

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

Global Settlement Fund. Defendant will not contest this application and agrees that the request is fair and reasonable. This Settlement is not conditioned upon the Court's approval of Plaintiffs' Counsel's request for fees and litigation expenses in any amounts, and any amounts not approved by the Court will revert to the Net Settlement Fund and redistributed towards Participating Settlement Plaintiffs' Settlement Awards. The Settlement Administrator will wire Plaintiffs' Counsel's Court-approved attorneys' fees and litigation expenses **fourteen (14) days** after the Effective Date.

**SERVICE AWARD**

40.    Plaintiffs' Counsel will seek an Order from the Court approving a Service Award for the Representative Plaintiff in the amount of $7,500. Defendant will not contest this application and agrees that this amount is fair and reasonable. The Service Award approved by the Court will be paid from the Global Settlement Fund. This Settlement is not conditioned upon the Court's approval of the Service Award and any amount not approved by the Court will revert to the Net Settlement Fund and redistributed towards Participating Settlement Plaintiffs' Settlement Awards. For tax purposes, the Parties agree the Service Award will be: (a) 50 percent taxable, wage income paid under IRS Form W-2 and subject to ordinary payroll withholdings under federal and state law; and (b) 50 percent taxable, non-wage income paid under IRS Form 1099. The Settlement Administrator will mail Representative Plaintiff's Court-approved Service Award **twenty-one (21) days** after the close of notice.

**SETTLEMENT ADMINISTRATOR'S DUTIES AND RESPONSIBILITIES**

41.    The Parties agree to retain a Settlement Administrator responsible for:

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

a.      Establishing a Global Settlement Fund as a "Qualified Settlement Fund" within the meaning of Section 468B of the Internal Revenue Code of 1986, as amended, the Treas. Reg. Section 1.468B-1, *et seq.*;

b.      Issuing all funds from the Global Settlement Fund;

c.      Determining and finalizing the Settlement Awards and the tax withholding amounts and employer payroll tax amounts for Plaintiffs, as applicable;

d.      Preparing, printing, and disseminating the Notice of Settlement and Claim Form and Release by mail, email, and text message to all Opt-In Plaintiffs;

e.      Preparing, printing, and disseminating the Settlement Awards to all Participating Settlement Plaintiffs;

f.      Promptly apprising the Parties' Counsel of the activities of the Settlement Administrator, timely responding to inquiries of the Parties or their Counsel, and copying the Parties' Counsel on material correspondence;

g.      Wiring Plaintiffs' Counsel's attorneys' fees and litigation expenses;

h.      Mailing the Service Award to Representative Plaintiff;

i.      Reissuing and remailing Notices returned as undeliverable and Settlement Award checks to Plaintiffs who do not receive or misplace their Settlement Award checks;

j.      Mailing reminder postcards to Plaintiffs who have not cashed their Settlement Award checks **sixty (60) days** before the check void date and again **thirty (30) days** before the check void date;

k.      Issuing IRS Forms W-2 and 1099, and obtaining IRS Forms W-9 (if required) for all payments to each Plaintiff;

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

l.      Ascertaining current addresses for each Notice of Settlement and Settlement Award check returned as undeliverable;

m.      Promptly notifying the Parties' Counsel of any material requests or communications made by any Opt-In Plaintiff;

n.      Referring to Plaintiffs' Counsel all inquiries by Plaintiffs the Settlement Administrator cannot resolve and/or which involve matters not within the Settlement Claim Administrator's duties specified in this Agreement;

o.      Maintaining adequate records of its activities, including the date of the mailing of the Notices of Settlement / Claim Form and Release, receipt of returned mail, and other communications and attempted communications with Plaintiffs, and providing the Parties' Counsel with weekly reports regarding the same;

p.      Confirming, in writing to the Parties' Counsel, its completion of the administration of this Settlement and retaining copies of all endorsed Settlement Award checks; and

q.      Such other tasks as customarily and regularly performed by a settlement administrator and as the Parties mutually agree.

## <u>SETTLEMENT ADMINISTRATION TIMELINES</u>

42.    Within **seven (7) days** of the Effective Date, the Settlement Administrator shall open an interest-bearing bank account, which will hold the Global Settlement Fund.

43.    Within **fourteen (14) days** of the Effective Date, Plaintiffs' Counsel shall provide the Settlement Administrator with an Excel spreadsheet listing the names, last known addresses, cell phone numbers, and number of workweeks paid only on a piece rate basis for the Opt-In

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

Plaintiffs. Defendant shall provide the Settlement Administrator with an Excel spreadsheet listing social security numbers for the Opt-In Plaintiffs.

44.     Within **fourteen (14) days** of the Effective Date, Defendant shall deposit Three Hundred Ninety Five Thousand Dollars ($395,000) into the interest-bearing bank account opened by the Settlement Administrator.

45.     Within **forty (40) days** of the Effective date, the Settlement Administrator shall mail, email, and text to all Opt-In Plaintiffs the Notice of Settlement and Claim Form and Release. If any Notice of Settlement and Claim Form and Release is returned as undeliverable, the Settlement Administrator will promptly attempt to locate such Opt-In Plaintiff by any reasonable and legally acceptable means, and, if located, shall promptly mail an additional Notice of Settlement and Claim Form and Release to such Opt-In Plaintiff (an "Additional Mailing"). The Settlement Administrator will also promptly notify Plaintiffs' Counsel of any returned Notice of Settlement and Claim Form and Release.

46.     Opt-In Plaintiffs may elect to participate in the Settlement by returning a complete Claim Form and executed Release to the Settlement Administrator during the Claim Period. The Claim Period will last for **sixty (60) days**, starting from the sending of the Notice of Settlement and Claim Form and Release. The Claim Period for any Additional Mailings is likewise 60 days, starting from the date the Additional Mailing is sent. Any Opt-In Plaintiff who does not timely return a complete Claim Form and executed Release to the Settlement Administrator during the Claim Period shall not be entitled to receive a Settlement Award. Any Settlement Award originally allocated to an Opt-In Plaintiff who is not a Participating Settlement Plaintiff shall be redistributed proportionally to the Participating Settlement Plaintiffs.

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

47.     Within **seven (7) days** after the expiration of the Claim Period for the Additional Mailings, the Settlement Administrator shall provide the Parties with a list of all Participating Settlement Plaintiffs and shall also provide the amounts of the recalculated Settlement Awards of all Participating Settlement Plaintiffs. The recalculated Settlement Awards of all Participating Settlement Plaintiffs shall be calculated by redistributing the unclaimed payments for the non-participating Opt-In Plaintiffs to the Participating Settlement Plaintiffs on a pro rata basis based on the number of workweeks they were paid on a piece-rate basis only. The Parties shall have **seven (7) days** to object to the recalculated Settlement Awards.

48.     The Settlement Administrator shall be responsible for the distribution of Participating Settlement Plaintiffs' Settlement Awards within **twenty-one (21) days** of the close of the Claim Period for Additional Mailings.

49.     The Settlement Administrator shall mail reminder postcards to Participating Settlement Plaintiffs who have not cashed their Settlement Awards **sixty (60) days** before the check void date and again **thirty (30) days** before the check void date.

50.     If any payments to Representative Plaintiff or the Participating Settlement Plaintiffs are returned by the postal service as undeliverable, the Settlement Administrator will make reasonable attempts to resend, including contacting the Participating Settlement Plaintiff via phone, text, and email, where available, and additional searches for a current address. After these additional attempts, the Settlement Administrator shall provide to Defendant's Counsel and Plaintiffs' Counsel a final list of Participating Settlement Plaintiffs who cashed their settlement payments. The Settlement Administrator shall provide Plaintiffs' Counsel a list of any addresses that have been updated.

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

## GLOBAL SETTLEMENT FUND AND TAXES

51.     The Global Settlement Fund will be established as a "Qualified Settlement Fund" within the meaning of Section 468B of the Internal Revenue Code of 1986, as amended, the Treas. Reg. Section 1.468B-1, *et seq.,* and shall be administered by the Settlement Administrator, subject to the ultimate authority of the Court.

52.     The Settlement Administrator shall serve as Trustee of the Global Settlement Fund and shall act as a fiduciary with respect to the handling, management, and distribution of the Global Settlement Fund, including the handling of tax-related issues and payments. The Settlement Administrator shall act in a manner necessary to qualify the Global Settlement Fund as a Qualified Settlement Fund and to maintain that qualification. The Parties shall cooperate to ensure such treatment and shall not take a position in any filing or before any tax authority inconsistent with such treatment. The Parties agree to any relation-back election required to treat the Global Settlement Fund as a Qualified Settlement Fund from the earliest possible date.

53.     The Parties recognize the wage and non-wage awards to the Plaintiffs will be subject to applicable tax withholding and reporting and employer payroll taxes. No later than **fourteen (14) days** before its date to fund the Settlement, the Settlement Administrator shall calculate and communicate the employer's share of payroll taxes related to Settlement Award payments treated as wage income and, upon receipt of that calculation, Defendant will, as directed by the Settlement Administrator, deposit into the interest-bearing bank account opened by the Settlement Administrator a payment separate from the Global Settlement Fund to pay the employer's share of payroll taxes related to Settlement Award payments treated as wage income. At that time, Defendant shall also deposit the Settlement Administrator's costs of settlement

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

administration. If the costs of settlement administration exceed the amounts estimated by the Settlement Administrator, Defendant shall remain responsible for all additional costs.

54.     All taxes (including any estimated taxes, interest, or penalties) arising with respect to the income earned by the Global Settlement Fund, if any, including any taxes or tax detriments that may be imposed on Defendant with respect to income earned for any period during which the Global Settlement Fund does not qualify as a "Qualified Settlement Fund" for federal and state income tax purposes (hereinafter "Settlement Fund Taxes"), and expenses and costs incurred in connection with the operation and implementation of this paragraph (including, without limitation, expenses of tax attorneys and/or accountants and mailing and distribution costs and expenses relating to filing (or failing to file) any returns described herein or otherwise required to be filed pursuant to applicable authorities) (hereinafter "Settlement Fund Tax Expenses") shall be paid out of the Global Settlement Fund. Further, Settlement Fund Taxes and Settlement Fund Tax Expenses shall be treated as a cost of the administration of the Global Settlement Fund. The Parties agree to cooperate with the Settlement Administrator, each other, and their tax attorneys and accountants to the extent reasonably necessary to carry out the provisions set forth in this Section.

55.     The Settlement Administrator shall satisfy all federal, state, local, and other reporting requirements (including any applicable reporting with respect to attorneys' fees and other costs subject to reporting) and shall pay from the Global Settlement Fund any and all taxes, as well as any other obligations with respect to the payments or distributions not otherwise addressed in this Agreement.

## TAX TREATMENT OF THE SETTLEMENT AWARDS

56.     For tax purposes, the Parties agree Settlement Awards will be: (a) 50 percent taxable, wage income paid under IRS Form W-2 and subject to ordinary payroll withholdings

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

under federal and state law; and (b) 50 percent taxable, non-wage income paid under IRS Form 1099. Defendant will make all required employer contributions with respect to any portions of the Settlement Awards paid as wages under IRS Form W-2, and these contribution amounts will not be deducted from the Global Settlement Fund.

57.     Defendant is not providing any tax advice or making any representations regarding the appropriateness of the tax treatment of the Settlement Awards. All Participating Settlement Plaintiffs shall be solely responsible for the tax treatment of the Settlement Awards.

## REMAINDER OF THE GLOBAL SETTLEMENT FUND

58.     All Settlement Award checks that are not negotiated by a Participating Settlement Plaintiff within **one-hundred eighty (180) days** of the of date issuance or reissuance, as noted on the Settlement Award checks mailed by the Settlement Administrator to the Plaintiffs, shall be null and void.

59.     Unclaimed funds remaining from Settlement Award checks that are not cashed within **one hundred eighty (180) days** shall be retained by the Settlement Administrator and used to offset settlement administration costs.

60.     Any remaining unclaimed funds shall be provided to the Indianapolis Legal Aid Society as a *Cy Pres* award.

## RELEASE OF CLAIMS BY PLAINTIFFS

61.     In consideration for their Settlement Award, Plaintiffs forever and fully release the Released Parties from the "Released Claims." Further, in consideration for the payment of their attorneys' fees and costs, Plaintiffs hereby release all claims, causes of action, demands, damages, costs, rights, and liabilities of every nature and description for attorneys' fees, costs, and expenses against the Released Parties arising from or related to the Action, including in relation to any

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

inquiry, research, and settlement discussions they conducted regarding any claims they may have against any Released Party and the Complaint.

## **NOTICES**

62.     All notices, requests, demands, and other communications required or permitted to be given pursuant to this Agreement shall be in writing and shall be delivered (by mail or email) to:

**Plaintiffs' Counsel:**

> Robert P. Kondras, Jr.
> HASSLER KONDRAS MILLER LLP
> 100 Cherry Street
> Terre Haute, IN 47807
> (812) 232-9691
> Facsimile: (812) 234-2881
> kondras@hkmlawfirm.com
>
> Hans A. Nilges
> Robi Baishnab
> Nilges Draher LLC
> 7034 Braucher Street NW, Suite B
> North Canton, OH 44720
> Telephone: (330) 470-4428
> Facsimile: (330) 754-1430
> Email: hans@ohlaborlaw.com
>            rbaishnab@ohlaborlaw.com
>
> Matthew J.P. Coffman
> Coffman Legal LLC
> 1550 Old Henderson Rd Ste 126
> Columbus, OH 43220
> 614-949-1181
> Fax: 614-386-9964
> Email: mcoffman@mcoffmanlegal.com

**Counsel for Defendant:**

> Michael C. Terrell
> mterrell@taftlaw.com
> TAFT STETTINIUS & HOLLISTER LLP
> One Indiana Square, Suite 3500
> Indianapolis, IN 46204

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

Telephone: (317) 713-3500
Facsimile: (317) 713-3699

Rachel L. Schaller
rschaller@taftlaw.com
Andrew S. Murphy
amurphy@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 836-4145

## **CONSTRUCTION, INTERPRETATION AND MODIFICATION**

63.     This Agreement constitutes the entire agreement between the Parties with respect to the subject matter included in this Agreement and it shall supersede all prior and contemporaneous negotiations between the parties.  This Agreement shall be construed as a whole according to its fair meaning and intent, and not strictly for, or against, any party, regardless of who drafted, or who was principally responsible for drafting, this Agreement, or any specific term or condition in this Agreement. The Parties participated in the negotiation and drafting of this Agreement and had available to them the advice and assistance of independent counsel. As such, the Parties may not claim any ambiguity in this Agreement should be construed against another.

64.     If there is a conflict between this Agreement and any other document related to this Settlement, the Parties intend for this Agreement to control.

65.     Except as expressly provided herein, this Agreement has not been executed in reliance upon any other oral or written representations or terms, and no such extrinsic oral or written representations or terms shall modify, vary, or contradict its terms. The Parties agree this Agreement is to be construed according to its terms and it may not be varied, or contradicted, by extrinsic evidence.

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

66.     This Agreement shall be subject to, governed by, construed, enforced, and administered in accordance with the laws of the State of Indiana. The Parties agree that if either Party breaches any of the terms and conditions of this Agreement, the non-breaching Party shall be entitled to reasonable attorneys' fees and expenses incurred in enforcing the terms and conditions contained herein.

67.     This Agreement may not be modified or amended, except in writing, signed by the Parties or their Counsel, and as approved by the Court. This Agreement, any amendments or modifications to it, and any other documents required or contemplated to be executed in order to consummate this Agreement, may be executed in one or more counterparts, each of which shall be deemed an original of this Agreement. All counterparts of any such document together shall constitute one and the same instrument. A photocopy, facsimile, or digital image of an executed counterpart shall be enforceable and admissible as an original.

68.     This Agreement is binding upon, and shall inure to the benefit of, the Parties. Without limiting the foregoing, this Agreement specifically shall inure to the benefit of the Released Parties.  Likewise, this Agreement shall be binding upon the Plaintiffs' spouses, children, heirs, assigns, administrators, executors, beneficiaries, conservators, successors, and offspring.

## CONTINUING JURISDICTION

69.     The Parties agree to move for the Court to retain continuing jurisdiction to construe, interpret, and enforce the provisions of this Agreement; to supervise the administration and distributions from the Global Settlement Fund; and to hear and adjudicate any dispute or litigation arising from, or related to, this Agreement, or issues of law and facts asserted in the Action.

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

**WHEREFORE,** having fully read and understood the terms of this Agreement, the Parties sign their names below with the intention that they shall be bound by it.

DATED:                 DEFENDANT FOREST RIVER MANUFACTURING, LLC

By: _David Besinger_ _____

Its: HR Director & In-house Counsel _____

DATED:                 REPRESENTATIVE PLAINTIFF HEATHER FITZGERALD

01/27/2023

_Heather R Fitzgerald_ _____

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

# Exhibit A

## Notice of Settlement and Claim Form and Release

## NOTICE OF SETTLEMENT OF COLLECTIVE ACTION LAWSUIT

### *Fitzgerald v. Forest River Manufacturing, LLC*
### USDC ND IN, Case No. 3:20-cv-01004

**You are receiving this Notice of Settlement of Collective Action Lawsuit ("Notice") because you previously opted into this collective action, and you are eligible to participate in the settlement of that lawsuit. A federal District Court has approved this Notice. This is not a solicitation from a lawyer.**

The Notice you received early this year provided details as to the relevant time period and asserted claims. Defendant continues to deny all allegations of wrongdoing and asserts that you were properly paid in accordance with all applicable laws, and the Court has not decided in favor of either Party. The Parties have entered into this settlement solely with the intention of avoiding further litigation.

**Your legal rights may be affected, and you have a choice to make now:**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **RETURN THE CLAIM FORM** | By returning a properly completed Claim Form and Release, you agree to participate in the settlement and will receive a settlement payment. To participate in the settlement, you must return a properly completed Claim Form and Release by [60 days from sending Notice]. If you participate in the settlement, you agree to be bound by the terms of the settlement, including the release of your wage and hour claims. |
| **DO NOT RETURN THE CLAIM FORM** | If you do not wish to participate in the settlement, you should not return the Claim Form and Release. If you do not return a properly completed Claim Form and Release by [60 days from sending Notice], you will not receive a settlement payment, you will not be bound by the terms of the settlement, and you will have the right to bring your own lawsuit, with an attorney of your choosing, at your own expense. If you choose not to participate in this settlement and wish to file your own lawsuit, you should act promptly because your claim is subject to a statute of limitations. |

## BASIC INFORMATION

### 1. Why did I get this Notice?

You have received this Notice because you previously joined this collective action and are eligible to participate in the settlement of this lawsuit. The lawsuit alleges that Forest River miscalculated the overtime time rate of pay for Heather Fitzgerald and those similarly situated to her.

The Court ordered that you be sent this Notice. This Notice explains the lawsuit, the settlement, your legal rights, and what benefits are available to you.

The Court overseeing the lawsuit is the United States District Court for the Northern District of Indiana. The lawsuit is known as *Fitzgerald v. Forest River Manufacturing LLC*, Case No. 3:20-cv-01004. The person who filed the lawsuit is called the "Representative Plaintiff."

## 2. What does the settlement provide?

Defendant has agreed to pay a total of $395,000.00. This amount includes $131,666.67 for Representative Plaintiff's attorneys' fees, which shall not exceed one-third (1/3) of the total settlement amount, plus reimbursement of the attorneys' reasonable, actual out-of-pocket costs. This amount also includes a service award for Representative Plaintiff. The remaining amount will be provided to persons who receive this Notice and also return the completed Claim Form and Release by [60 days from sending Notice].

## 3. How will my payment be calculated?

Settlement payments to those who participate in the settlement will be calculated based on a formula that has been approved by the Court as fair and reasonable.

Based on this formula, you are estimated to receive approximately $**[INSERT]**, half of which is subject to deductions for applicable taxes and withholdings like any other paycheck, and for which you will receive an IRS Form W-2; and half of which will have no deduction taken and will be reported on an IRS Form 1099. Your payment may increase if all of the individuals who initially joined the case do not decide to participate in the settlement.

## 4. How can I get my payment?

To get your payment, you must fully complete the enclosed Claim Form and Release and mail it to the Settlement Administrator in the enclosed envelope postmarked no later than [60 days from sending Notice]. You may also e-mail or fax the Claim Form and Release to the Settlement Administrator, so that it is received no later than [60 days from sending Notice]. The Settlement Claims Administrator's complete contact information is:



Admin name
Address
City, ST Zip
Email: _____
Fax: _____

It is **your responsibility** to keep a current address on file with the Settlement Administrator. Please make sure to notify the Settlement Administrator of any change of address.

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

### 5.  When will I get my payment?

You will be sent a check on or around [appx. 45 days after end of notice period]. This date is subject to change. Please be patient. **Note that checks will become null and void after 180 days of their issuance.**

### 6.  What am I giving up if I sign the Claim Form and Release to get a payment?

By returning the Claim Form and Release by [60 days from sending Notice], you are fully and completely releasing and discharging Defendant and others affiliated with it from all state and federal wage and hour claims as of the date you cash the settlement payment check. You should read the Release carefully before signing it.

### 7.  What rights do I have if I do not sign and return the Claim Form and Release?

If you do not sign and return the Claim Form and Release, then you will not participate in the settlement and you will not receive any payment. If you do not participate in the settlement, you will not be bound by any Court orders and you will have the right to bring your own lawsuit with your own attorney at your own cost. If you elect not to participate in the settlement, you are encouraged to contact another attorney as soon as possible because there is a statute of limitations that will apply to your claim.

### 8.  How do I get more information?

When you joined this collective action, you designated the below law firms to represent you as your attorneys. If you have other questions about the settlement, you can contact the attorneys, as follows:

| Hassler Kondras Miller LLP (812) 232-9691 www.hkmlawfirm.com. | Nilges Draher LLC (234) 401-9089 www.ohlaborlaw.com. | Coffman Legal LLC (614) 949-1181 www.mcoffmanlegal.com |
|---|---|---|

DATED: _____, 2023

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

## CLAIM FORM AND RELEASE

*THIS CLAIM FORM AND RELEASE MUST BE POST-MARKED OR OTHERWISE SUBMITTED TO THE SETTLEMENT ADMINISTRATOR NO LATER THAN [60 DAYS FROM SENDING NOTICE].*

### I.    CONSENT TO PARTICIPATE IN SETTLEMENT

I understand that this lawsuit is being brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq*. I understand that I have already joined this collective action (*Fitzgerald v. Forest River Manufacturing, LLC*, Case No. 3:20-cv-01004) pursuant to 29 U.S.C. § 216(b). Having already joined this collective action, I agreed to be bound by any settlement or judgment of the court on all issues in this case. I now consent to participate in the settlement of this lawsuit.

### II.    RELEASE

In exchange for my receipt of the settlement payment, I hereby release and forever discharge Forest River Manufacturing, LLC and all of its parents, subsidiaries, affiliates, predecessors, successors, and assigns, and all of their respective present and former partners, officers, directors, shareholders, agents, independent contractors, employees, and attorneys, in their representative as well as their individual capacities, along with any other persons or entities acting by, through, under, or in concert with, any of these persons or entities ("Releasees"), from any and all claims, demands, damages, attorneys' fees, costs, expenses, and causes of action of any kind or nature, whether known or unknown, that arise prior to the date I cash the settlement payment check being provided to me under the settlement agreement that I have or may have on account of or relating in any way to (a) unpaid wages, unpaid overtime wages, untimely paid wages, wage payments, and/or bonus or incentive compensation, and/or (b) Indiana wage payment laws, Indiana wage laws, and/or the Fair Labor Standards Act, including without limitation any claims for damages, unpaid costs or expenses, penalties, liquidated damages, punitive damages, attorneys' fees, litigation costs, restitution, or equitable relief.


_____          _____
Full Legal Name (please print)           Signature


_____          _____
Maiden or other names worked under       Street Address


_____          _____
E-mail Address                           City, State and Zip Code


_____
Telephone Number

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

# Exhibit B

## Class List

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| No. | Plaintiff |
|---|---|
| 1 | ADAMS, GEORGE R |
| 2 | ADAMS, SAMANTHA S |
| 3 | ADKINS, JOHN L |
| 4 | ADKINS, TINA M |
| 5 | AGUILAR, ALEX |
| 6 | AGUILAR, MARISSA M |
| 7 | AGUILAR, VERONICA |
| 8 | AGUILAR-SANCHEZ, JOSE J |
| 9 | AITKEN, AMBER L |
| 10 | ALBOR, RAMON CABALLERO |
| 11 | ALEXANDER, TIMBERLEE S |
| 12 | ALLARD, LEON J |
| 13 | ALLDAFFER, MARK J |
| 14 | ALLINGER, BRANDYN M |
| 15 | ALTIMUS, TONY W |
| 16 | ALVEZ, ROBERTO |
| 17 | ALVIZO, ANTONIO R |
| 18 | AMOLDONI, ANDREA V LEON |
| 19 | ANDERSEN, LEONARD J |
| 20 | ANDERSEN, TERRY R |
| 21 | ANDERSON, JESSICA L |
| 22 | ANDERSON, MICHELLE |
| 23 | ANDERSON, TRACY A |
| 24 | ANDERSON-CAPPS, LARRY S |
| 25 | ANDRADE, JOSSUE A |
| 26 | ANDREWS, SHANE M |
| 27 | ANGLEMYER, DESIREE J |
| 28 | AREVALO, JORGE L FLOREZ |
| 29 | ARIAS, LUIS |
| 30 | ARTLEY, DAVID J |
| 31 | ARTZ, GREGORY |
| 32 | ASHBROOK, EDWARD A |
| 33 | ASHBY, KAYLA |
| 34 | ASHBY, TYLAN J |
| 35 | ATCHISON, SIERRA M |
| 36 | AUCES, ELAINE |
| 37 | AUSTRUP, SHANE K |
| 38 | AVILA, ANDRES |
| 39 | BAIRD, AARON J |
| 40 | BAKER JR, MICHAEL E |
| 41 | BAKER, DANIEL L |
| 42 | BALLINES, RAUL |
| 43 | BANEGAS, WILMER S |
| 44 | BARNWELL, JOSIAH A |
| 45 | BARRIOS, CHRISTIAN |
| 46 | BARTELL, COURTNEY |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| 47 | BATES, MIKE R |
|----|----|
| 48 | BATZ, DAMON S |
| 49 | BATZ, MELINDA F |
| 50 | BEALL, JOEL J |
| 51 | BEAMON, JAMUEAL K |
| 52 | BECK, AMBER L |
| 53 | BELL, LESLIE A |
| 54 | BELL, NICHOLAS R |
| 55 | BELMARES, NANCY |
| 56 | BENNETT, KHARI |
| 57 | BENNETT, LACOLE L |
| 58 | BENNETT, LILY M |
| 59 | BERKEY, TREVERN B |
| 60 | BINION, PHILLIP W |
| 61 | BIRCHFIELD, BRIANNA L |
| 62 | BIRMELE, PATRICK |
| 63 | BLAD, SUSAN A |
| 64 | BLAIR, DAVID M |
| 65 | BLANCATO, CHRISTOPHER |
| 66 | BLEVINS, DUSTIN M |
| 67 | BLOCH, JARVIS D |
| 68 | BOCKSROCKER, SHANE A |
| 69 | BOGGESS JR, FRED L |
| 70 | BOLIN, RODNEY |
| 71 | BOLIVAR, ADRIAN J PEASPAN |
| 72 | BOLTON, JERICAH B |
| 73 | BONNEY, TIMOTHY |
| 74 | BOOHER, ADAM W |
| 75 | BOOMSLITER, ZACHARY L |
| 76 | BOWEN, RAY G |
| 77 | BOWEN, STEVEN A |
| 78 | BOWERS, RICKY L |
| 79 | BOWERS, SCOTT A |
| 80 | BOWMAN, JACOB M |
| 81 | BOYD, HALEY |
| 82 | BRANDEBURY, KIMBERLY S |
| 83 | BRATTEN, ASHLEY J |
| 84 | BRAVO, JUAN C |
| 85 | BRENNAN, DANIEL F |
| 86 | BRENNAN, MARY E |
| 87 | BRICKER, MATTHEW R |
| 88 | BRIGHT, CODY |
| 89 | BRIONES, NANCY A AGUILAR |
| 90 | BRITTON, ELAINE M |
| 91 | BRITTON, ZACHARY L P |
| 92 | BROOKS, SHANE B |
| 93 | BROWN, AARON L |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| 94 | BROWN, JAYSHON |
|---|---|
| 95 | BROWN, SUNSHINE A |
| 96 | BROWNING, HARRY L |
| 97 | BRUGH, BRIANNA L |
| 98 | BRYANT, ANGEL R |
| 99 | BRYANT, CHELSEA M |
| 100 | BRYANT, RICKY L |
| 101 | BUCK, EMILY A |
| 102 | BUGGS, TURQUOISE D |
| 103 | BUNTON, TYLER L |
| 104 | BURGESS, KARA R |
| 105 | BURGESS, KRYSTEN N |
| 106 | BURKHEAD, HEATHER L |
| 107 | BURKHOLDER, LORI A |
| 108 | BURKHOLDER, MELANIE D |
| 109 | BURTON, BRITTNEY M |
| 110 | BURTON, JANELLE |
| 111 | BUSKIRK, BRIAN VAN |
| 112 | BUTRICK, MELISSA M |
| 113 | BYERS, KELSEY L |
| 114 | BYRD, BRENT L |
| 115 | CALHOUN, ANDREW J |
| 116 | CAMPBELL, ETHAN M |
| 117 | CAMPOS, YOEL R LEYVA |
| 118 | CANTRELL, MICHAEL |
| 119 | CARPENTER, MICKEY C |
| 120 | CARPER, HILARY J |
| 121 | CARPER, KELLSEY M |
| 122 | CARRILLO, RAUL |
| 123 | CARTER, MEGAN |
| 124 | CARTWRIGHT, CHRIS E |
| 125 | CARTWRIGHT, JESSICA |
| 126 | CARUTHERS, CHRISTOPHER D |
| 127 | CASE, INELDA L |
| 128 | CASE, KAYLA M |
| 129 | CASE, ZACHARY A |
| 130 | CASILLAS, ESPERANZA L |
| 131 | CASTANEDA, JONATHAN |
| 132 | CASTANEDA, MIGUEL A |
| 133 | CASTRO, JOSUE |
| 134 | CATANZARITE, MICHAEL E |
| 135 | CAVE, MARC S |
| 136 | CHAMBERLIN, TAD |
| 137 | CHANCELLOR, JAMES W |
| 138 | CHANCELLOR, KIMBERLY L |
| 139 | CHAPMAN, ARTHUR H |
| 140 | CHAPPELL, PHILLIP J |

| 141 | CHARLES, BRIAN |
| 142 | CHENEY, CHARLES R |
| 143 | CHILDERS, CHADWICK M |
| 144 | CHRISTLIEB, FRANKLIN C |
| 145 | CHRISTNER, TIMOTHY A |
| 146 | CHUPP, TRACEY L |
| 147 | CLARK, DAVID E |
| 148 | CLARK, TINA D |
| 149 | CLEMENTE, ISMAEL CEPEDA |
| 150 | COATES, TRACY |
| 151 | COBURN, GREGGERY A |
| 152 | COCHRAN JR, JAMES A |
| 153 | COCKERILL, ANGELA R |
| 154 | COLE, ROY |
| 155 | COLE, WESLEY A |
| 156 | COLLINS, BRANDEN M |
| 157 | COLLINS, CASEY W |
| 158 | COLLINS, HEATHER N |
| 159 | COLLINS, LILIAN E |
| 160 | COLON, JONATHAN |
| 161 | COLPITTS, SHERRI L |
| 162 | COLWELL, MICHELLE L |
| 163 | COMADOLL, DANIEL D |
| 164 | CONLEY III, FRANKIE L |
| 165 | CONLEY, BYRON P |
| 166 | CONLEY, LARRY R |
| 167 | CONRAD II, ALLAN D |
| 168 | CONRAD, TYLER |
| 169 | CONTRERAS, ADOLFO |
| 170 | COOK JR, TODD F |
| 171 | COOK, MATTHEW D |
| 172 | COOK, ZACHARIAH N |
| 173 | COOPER JR, DWAYNE A |
| 174 | COOPER, JEREMY A |
| 175 | COPEN, JONATHAN |
| 176 | CORDERO, JESUS |
| 177 | CORNELIO, HERIBERTO GONZALEZ |
| 178 | CORNISH, CHARLES A |
| 179 | COUCH, JOHN C |
| 180 | COVARRUBIAS, ENRIQUE C |
| 181 | COVEY, HEATHER E |
| 182 | CRABTREE, THOMAS L |
| 183 | CRAIG, SAMANTHA D |
| 184 | CRANCE, BRITTANY N |
| 185 | CRAWFORD, MIKE |
| 186 | CROSS, RYAN L |
| 187 | CRUZ, TANIA NAVARRO |

| 188 | CUNNINGHAM, DAKOTAH C |
| 189 | CUNNINGHAM, DAVID A |
| 190 | CUNNINGHAM, MISTY M |
| 191 | CUPP, CONDY L |
| 192 | CURTIS, LOREN D |
| 193 | DAGER, LUCAS W |
| 194 | DAMRON, MICHAEL C |
| 195 | DANIELS, BRANDON |
| 196 | DANIELS, MARY C |
| 197 | DAVIS JR, JAMES D |
| 198 | DAVIS, CEDRICK K |
| 199 | DAVIS, JENNAH A |
| 200 | DAVIS, TOURAIN D |
| 201 | DEATON, DENNIS R |
| 202 | DEGROFF, JOSEPH M |
| 203 | DELGADO, DANIELA AGUIRRE |
| 204 | DELONG, RORY S |
| 205 | DEMEDINA, EDWARD D |
| 206 | DEYONG, GLENN D |
| 207 | DIAZ, APRIL R |
| 208 | DIAZ, CHRISTIAN E LEON |
| 209 | DIAZ, GENARD LEON |
| 210 | DIAZ, MARIANA J |
| 211 | DILLEY, MATTHEW I |
| 212 | DINEHART, MATTHEW R |
| 213 | DIXON, ANDREIUS P |
| 214 | DODD, ERICA A |
| 215 | DOMINGEZ, JOSE M MARTINEZ |
| 216 | DONLEY, TYLER D |
| 217 | DOOLEY, BRANDON L |
| 218 | DOOLEY, BYRON D |
| 219 | DOTY, ANTHONY MM |
| 220 | DRAUCH, KIMBERLY M |
| 221 | DRAUCH, STEPHEN E |
| 222 | DRISCOLL, KYLE R |
| 223 | DRISCOLL, LAWANNA R |
| 224 | DRUMM, JOHN R |
| 225 | DULL, MICHAEL E |
| 226 | DUNCAN, CHAD M |
| 227 | DUNN JR, THOMAS L |
| 228 | DUNNE, REBECCA A |
| 229 | DYESS, JOANNA N |
| 230 | EASTON, JEZIA |
| 231 | ECHEVERRIA, DAVID |
| 232 | ECHOLS, BRANNON L |
| 233 | ECKERT, CHRISTIAN A |
| 234 | EDDY, CRUZ J SANCHEZ |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| 235 | EFFRAIN, DONALD G |
| 236 | ELLERT, JEREMY |
| 237 | ELLIS JR, ANTHONY R |
| 238 | ELLSWORTH, RICKY A |
| 239 | EMMENDORFER, TINA M |
| 240 | EMMENDORFER, WALTER J |
| 241 | ENGELBERG, KYLE J |
| 242 | ENGLAND, JESSICA L |
| 243 | EPPLE, ERIC M |
| 244 | ERVIN, BRADLY S |
| 245 | ESPARZA, NARELY L ARELLANO |
| 246 | ESPINOZA, ANGEL A |
| 247 | ESPOSTO, AMANDA D |
| 248 | ESPOSTO, DOMENICO |
| 249 | ESPY, ROBERT L |
| 250 | ESQUIBEL, LINA U |
| 251 | EVANS, ANTASHA ANDERSON |
| 252 | EVANS, JOSEPH L |
| 253 | EVANS, KEVLIN |
| 254 | EVANS, TERREK |
| 255 | EVERAGE, DUSTIN A |
| 256 | FAIRRES, TOM E |
| 257 | FARMER, CHARITY A |
| 258 | FARTHING JR, DALE L |
| 259 | FAULK, NICHOLAS O |
| 260 | FEIPEL, TIMOTHY M |
| 261 | FERGISON, JUSTIN R |
| 262 | FERRY, STETSON J |
| 263 | FIEDLER, ORLENA M |
| 264 | FINCHUM, ISSAC A |
| 265 | FINK, JAMIE D |
| 266 | FIRELINE, RICHARD L |
| 267 | FISCHER, JAMES K |
| 268 | FITZGERALD, HEATHER |
| 269 | FLORY, KEVIN P |
| 270 | FORD, MICHAEL D |
| 271 | FORRESTER, STEVEN E |
| 272 | FOUGHT, MATTHEW P |
| 273 | FRAILEY, RANDY J |
| 274 | FRANKS, ANDREW M |
| 275 | FRANKS, JASON D |
| 276 | FRASCHETTI, NICOLAS C |
| 277 | FREITAG, RYAN M |
| 278 | FRIEDRICH, COREY L |
| 279 | FRITZ, BARBARA M |
| 280 | FUCHS, JOHN |
| 281 | FUGATE, AUTUMN R |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| 282 | FUGATE, CHRISTOPHER J |
|-----|----------------------|
| 283 | GADACZ, ZACHARY J |
| 284 | GARBER, LAURIE A |
| 285 | GARCIA, ELIZABETH |
| 286 | GARCIA, ENRIQUE |
| 287 | GARCIA, HECTOR F CABALLERO |
| 288 | GARCIA, HERNAN ARROYO |
| 289 | GARCIA, MARTINIANO |
| 290 | GARCIA, MICHAEL |
| 291 | GARHART, AMBER L |
| 292 | GARZA, OBIDIO |
| 293 | GARZA, RAMIRO |
| 294 | GARZA, ROLAND |
| 295 | GATES, SHANTEL P |
| 296 | GEHRKE, ROBERT |
| 297 | GEIER, ERIK A |
| 298 | GENTH, CHAD |
| 299 | GERBER II, JOSEPH P |
| 300 | GETZINGER, NICHOLAS A |
| 301 | GIBSON, RANDY L |
| 302 | GILBERT JR, RONALD R |
| 303 | GILBERT, DAVID A |
| 304 | GILBERT, JODI L |
| 305 | GILBERT, MATTHEW |
| 306 | GILES, THOMAS C |
| 307 | GOMEZ, ANIBAL R HERNANDEZ |
| 308 | GOMEZ, SAYRA C |
| 309 | GONZALEZ, MARITZA SANDOVAL |
| 310 | GONZALEZ, RICARDO |
| 311 | GOODLING, PAUL M |
| 312 | GOODWIN-PRUITT, DENEAL K |
| 313 | GORDON, DOMINIC A |
| 314 | GORDON, JOHN K |
| 315 | GORDON, MARY H |
| 316 | GORDON, TREVOR S |
| 317 | GOTTMAN, ERIC |
| 318 | GRAFF, FRED |
| 319 | GRAHAM, RYAN J |
| 320 | GRANT, BRIONNA G |
| 321 | GRANT, MICHAEL L |
| 322 | GREEN, MARK R |
| 323 | GREEN, TRAVIS R |
| 324 | GREENE, KESHIA |
| 325 | GRIBBINS, STACEY L |
| 326 | GRIFFIN JR, WALTER |
| 327 | GRIGSBY, JAMES E |
| 328 | GRIM, AUSTIN J |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| | |
|---|---|
| 329 | GROSS, ALLEN |
| 330 | GROVE, LESLEY D |
| 331 | GROVES, KELLEY N |
| 332 | GROVES, MOLLY L |
| 333 | GRZEGOREK, TIMMOTHY |
| 334 | GUIDEN, TYREESE E |
| 335 | HABEGGER, STEFANIE A |
| 336 | HAEB, ALYSSA L |
| 337 | HAEB, RYAN M |
| 338 | HAGERMAN, DENNIS E |
| 339 | HAKAJ, KRISTINA |
| 340 | HAKAJ, MARTIN |
| 341 | HALEY, DUSTON D |
| 342 | HALL, ANDREW W |
| 343 | HALL, ANGELA |
| 344 | HALL, COLTON |
| 345 | HALL, CRAIG S |
| 346 | HALLIBURTON, SONDARIO |
| 347 | HALSEY, TODD J |
| 348 | HAMMOND, COREY |
| 349 | HANDSHOE, LOGAN A |
| 350 | HANES, DAVID M |
| 351 | HANLEY, MARISSA L |
| 352 | HANNA, TRAVIS A |
| 353 | HARBES, MICHAEL D |
| 354 | HARRIS, CHANTON M |
| 355 | HARRIS, DUANE |
| 356 | HARRISON, BRADLEY C |
| 357 | HARRISON, DAVID S |
| 358 | HART, LACEY J |
| 359 | HART, TRINASTON D |
| 360 | HARVEY, MARK T |
| 361 | HASKINS, JOSEPH R |
| 362 | HASSELMAN, VALERIE N |
| 363 | HAYES, SETH M |
| 364 | HEBARD, HUSTON K |
| 365 | HEDL, JASON A |
| 366 | HEFFNER, ANTHONY T |
| 367 | HEINTZELMAN, TYLER J |
| 368 | HENDRIX, GREGORY R |
| 369 | HENIO, JENNIFER A |
| 370 | HERNANDEZ, CHRISTINA |
| 371 | HERNANDEZ, FAUSTINO |
| 372 | HERNANDEZ, LIZBETH |
| 373 | HERRERA, EMILIO |
| 374 | HERRON, RICHARD J |
| 375 | HERSHBERGER, CHRISTOPHER L |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| 376 | HERSHBERGER, SCOTT A |
|-----|----------------------|
| 377 | HEYDE, NATHAN L |
| 378 | HIBBLER, DWONE K |
| 379 | HIBSHMAN JR, BRIAN W |
| 380 | HIBSHMAN, MICHAEL S |
| 381 | HICKEY, SABRINA J |
| 382 | HICKMAN, ANTHONY S |
| 383 | HICKS, PHILLIP C |
| 384 | HILAND, SHAWN M |
| 385 | HILDABRIDLE, JILLIAN M |
| 386 | HILL, MARCUS M |
| 387 | HILLMAN, MARK A |
| 388 | HILTON, SARA E |
| 389 | HINE, CHRISTAPHER |
| 390 | HINKEN, REBECCA J |
| 391 | HIX, LINDSEY L |
| 392 | HIXSON, TYERON U |
| 393 | HOBSON, BRENTEN C |
| 394 | HODGE, ANTHONY T |
| 395 | HOEKSTRA, KATHLEEN S |
| 396 | HOGENDOBLER, MIRANDA J |
| 397 | HOGENDOBLER, WILLIAM T |
| 398 | HOLCOMB, JAMES E |
| 399 | HOLCOMB, ROBERT D |
| 400 | HOLLIDAY, MICHAEL S |
| 401 | HOLLINGSWORTH, JON D |
| 402 | HOLMES, ANTHONY J |
| 403 | HOOD, LONDON F |
| 404 | HOOGENBOOM, MATTHEW L |
| 405 | HOOK, CHELSEA R |
| 406 | HORRELL, JUSTYN T |
| 407 | HOUSE, MARCUS M |
| 408 | HOUSH, NICHOLAS A |
| 409 | HUFF, BRANDON A |
| 410 | HUFFMAN, MELINIE L |
| 411 | HUGHES, ASHLEY N |
| 412 | HUNSBERGER, ANDREW J |
| 413 | HUNT, JOE L |
| 414 | HURLBERT, NATHAN V |
| 415 | HURSTEL, JAMES E |
| 416 | HUTCHINGS, CHRISTOPHER R |
| 417 | HYDE, JUSTIN B |
| 418 | IBANEZ, JESUS B |
| 419 | INGOLD, JASON D |
| 420 | JACKSON, BRANDON M |
| 421 | JACKSON, BRIAN K |
| 422 | JACKSON, TONY A |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| 423 | JACOBS JR, RUDOLPH L |
|-----|----------------------|
| 424 | JACOBS, BRIAN R |
| 425 | JAMES, AUSTIN M |
| 426 | JAMES, RAY A |
| 427 | JANDA, JAMES |
| 428 | JARRELL, SCOTTY L |
| 429 | JELINEK, ANDREW J |
| 430 | JELINEK, CORRINA L |
| 431 | JEZIORSKI, RAYMOND M |
| 432 | JOHN, AMANDA ST |
| 433 | JOHNSON, CHASTITY |
| 434 | JOHNSON, DYLAN R |
| 435 | JOHNSON, ERIC T |
| 436 | JOHNSON, JAMES B |
| 437 | JOHNSON, JEREMY P |
| 438 | JOHNSON, MARK A |
| 439 | JOHNSON, PATRICK E |
| 440 | JOHNSON, SHAUN A |
| 441 | JONES, JASON A |
| 442 | JONES, JOSEPH E |
| 443 | JONES, RACHEL L |
| 444 | JORDAN, CHRISTOPHER |
| 445 | JORDAN, JOSEPH A |
| 446 | JORDAN, MATTHEW K |
| 447 | JORDAN, SHARON |
| 448 | JUAREZ, FRANCISCO J OLVERA |
| 449 | JUAREZ, JESSICA |
| 450 | JUDD, JIMMY D |
| 451 | JURGENSON, JOSHUA A |
| 452 | JUSTUS, LEWIS E |
| 453 | KANNEL, CHASE L |
| 454 | KARST, TAYLOR NG |
| 455 | KECK, AARON D |
| 456 | KECK, SARA E |
| 457 | KELLER, TRAVIS |
| 458 | KENDALL, DENNIS E |
| 459 | KERNS, NICHOLAS S |
| 460 | KING, JAMIE C |
| 461 | KINNEY, CHAD M |
| 462 | KIPKER, PAUL T |
| 463 | KLEIN, KENNETH P |
| 464 | KLINE, ANDREW D |
| 465 | KLINE, RICHARD M |
| 466 | KLINGER, JAYSEN T |
| 467 | KLINGER, STEVEN C |
| 468 | KNAPP, SCOTT A |
| 469 | KOCH, MICHAEL S |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| 470 | KOLB, THOMAS J |
|-----|----------------|
| 471 | KOWALENKO, JAREL M |
| 472 | KRAMER, ERIC T |
| 473 | KURNYAK, DUSTIN J |
| 474 | KURTZ, RICHARD |
| 475 | KURTZ, ZACHARY L |
| 476 | KYLE SR, VICTOR A |
| 477 | KYLE, LARON |
| 478 | LACE, HEATHER M |
| 479 | LACKEY, WILLARD R |
| 480 | LAMBRIGHT, DANIEL JP |
| 481 | LANDIS, APRIL S |
| 482 | LAPLACE, SHEILA T |
| 483 | LARSON, MITCH |
| 484 | LASLEY, CURTIS E |
| 485 | LATISNERE, ZOAR R FONROUGE |
| 486 | LAUGHTER, HEATHER |
| 487 | LAWSON, DAMON E |
| 488 | LEE, CONNIE J |
| 489 | LEE, JORDAN |
| 490 | LEE, TRENTON B |
| 491 | LEITCH, BRENT J |
| 492 | LELAND, BENJAMIN I |
| 493 | LENKER, JASON R |
| 494 | LEVERNIER, TIMOTHY M |
| 495 | LEWALLEN, CRYSTAL R |
| 496 | LEWALLEN, DOUGLAS W |
| 497 | LEWIS, KYLE R |
| 498 | LEWIS, WAYNE T |
| 499 | LIBOY, IRIS KK |
| 500 | LIMORE, JESSIE |
| 501 | LINARES, NICOLE JD |
| 502 | LINDSEY, STEVEN D |
| 503 | LINDSEY, TERRY W |
| 504 | LINN, MICHAEL R |
| 505 | LISTON, GRETCHEN L |
| 506 | LITTMAN, STEPHEN |
| 507 | LIVINGS, CRAIG A |
| 508 | LODIN, GARY A |
| 509 | LOMBARDI, TERRY J |
| 510 | LONG, JASON M |
| 511 | LOPEZ, ADRIANA M |
| 512 | LOPEZ, RICARDO |
| 513 | LOUCKS, JENNIFER L |
| 514 | LOUCKS, TRAVIS L |
| 515 | LOVELACE, CORY C |
| 516 | LOWE, NICOLE F |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| | |
|---|---|
| 517 | LUCERO, JOSE D UGARTE |
| 518 | LUNDEEN, FRANK W |
| 519 | LUTES, STONEY L |
| 520 | LUTHRINGER, MATTHEW L |
| 521 | LUTIN, ASHLEY L |
| 522 | LUTIN, CHARLES K |
| 523 | LUTIN, RYAN A |
| 524 | LYNCH, AUSTIN D |
| 525 | LYNCH, DONNA |
| 526 | MACDONALD, MICHAEL Y |
| 527 | MAGGART, MICHAEL D |
| 528 | MALCOM, CORY |
| 529 | MALCOM, KIMBERLY D |
| 530 | MALDONADO, EDWARDO |
| 531 | MALDONADO, JORGE L |
| 532 | MALDONADO, JOSE M |
| 533 | MALICOAT, PAUL J |
| 534 | MALONE, JENNIFER |
| 535 | MALOYED, JAMES U |
| 536 | MANSEILL, BRANDON S |
| 537 | MANZUR, MARCOS A |
| 538 | MARQUARDT, ERIC K |
| 539 | MARRON, ANTONIO |
| 540 | MARSHALL, NICHOLAS S |
| 541 | MARTINEZ JR, FABIAN |
| 542 | MARTINEZ, CIRILO PONCE |
| 543 | MARTINEZ, JOSEPH C |
| 544 | MARTINEZ, KEYSHLA M RUIZ |
| 545 | MARTINEZ-COLINA, RAFAEL G |
| 546 | MARTON, ROLAND |
| 547 | MASSART, TRICIA A |
| 548 | MAST, JOSEPH J |
| 549 | MAXSON, JASON A |
| 550 | MAY JR, ROGER W |
| 551 | MAY, RHONDA S |
| 552 | MCALLISTER, CODY |
| 553 | MCATEE, NATHAN S |
| 554 | MCBRIDE, JAMES R |
| 555 | MCCAIN JR, RUSSELL |
| 556 | MCCAREY, FREDDIE J |
| 557 | MCCLAIN, LARRY L |
| 558 | MCCOURT, BRENT R |
| 559 | MCFARLAND, OWEN L |
| 560 | MCGROGAN, JAMES R |
| 561 | MCINTURFF, TYLER A |
| 562 | MCKNIGHT, CREDEL C |
| 563 | MEADE, SHAWN M |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| | |
|---|---|
| 564 | MEADOR, JACOB R |
| 565 | MEADOWS, CHRISTOPHER L |
| 566 | MEADOWS, JENNIFER A |
| 567 | MEADOWS, KENNETH J |
| 568 | MEDELEZ, ESEQUIEL |
| 569 | MEIGEL, AUSTIN C |
| 570 | MENDOZA, MARIO ESCOBEDO |
| 571 | MERRIWEATHER, WALTER W. |
| 572 | MILLER, BETHANY R |
| 573 | MILLER, BILLY B |
| 574 | MILLER, CLIFTON K |
| 575 | MILLER, CRAIG T |
| 576 | MILLER, DANA L |
| 577 | MILLER, JACOB T |
| 578 | MILLER, JENNIFER R |
| 579 | MILLER, KARA J |
| 580 | MILLER, KENNEDY L |
| 581 | MILLER, KEVIN D |
| 582 | MILLER, LYLE R |
| 583 | MILLER, MARK E |
| 584 | MILLER, MICHAEL A |
| 585 | MILLER, MICHAEL J |
| 586 | MILLER, NADINE J |
| 587 | MILLER, NEKIMA |
| 588 | MILLER, RANDY E |
| 589 | MILLS, CALEB J |
| 590 | MIRELES, JOSE |
| 591 | MONHAUT, JAMES F |
| 592 | MONTOYA, NOEL GOMEZ |
| 593 | MOORE, ELLIOT |
| 594 | MOORE, TARA |
| 595 | MOORE, TRISTEN L |
| 596 | MOORE, TYLEIA R |
| 597 | MORAGNE, STEVE C |
| 598 | MORALES, SAMANTHA A |
| 599 | MOREY, JEFFREY A |
| 600 | MORLAN, NICHOLAS O |
| 601 | MORRIS, BRANDY A |
| 602 | MORRIS, JOHN M |
| 603 | MORROW, JOHN W |
| 604 | MORTON, THOMAS R |
| 605 | MOSLEY, TELISSA |
| 606 | MOSLEY, ZACHARY P |
| 607 | MOYER, HUNTER L |
| 608 | MULCAHY, ERIN W |
| 609 | MULLET, JUSTON A |
| 610 | MULLINS, DOMINIC W |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| 611 | MUNOZ JR, GUSTAVO |
|-----|-------------------|
| 612 | MUNOZ, ALEXANDER T |
| 613 | MUNOZ, JUAN PINA |
| 614 | MUNOZ, NANCY |
| 615 | MUNOZ, SERGIO |
| 616 | MURILLO, JOSE E |
| 617 | MURRAY, DANIELLE N |
| 618 | MURRY, PRECIOUS T |
| 619 | MUSSER, JOSEPH |
| 620 | NEER, BLANE M |
| 621 | NEGRETE, BRANDON L |
| 622 | NELSON, CHARLES |
| 623 | NELSON, DELVIN L |
| 624 | NEUMANN, TIFFANY M |
| 625 | NEWTON, DEREK R |
| 626 | NEWTON, DONALD R |
| 627 | NEWTON, DWAYNE R |
| 628 | NIEVES, STEFANY A |
| 629 | NIX, AMBER L |
| 630 | NIXON, SETH T |
| 631 | NORRIS, ARCHIE J |
| 632 | NORRIS, JOSHUA A |
| 633 | NOWAK, MATTHEW D |
| 634 | NYE, JONATHAN L |
| 635 | NYE, JUANITA A |
| 636 | OBANDO, ERWIN F |
| 637 | OBLINGER, THREASA A THRASHER |
| 638 | O'BRIEN, TREY S |
| 639 | OCHOA, JIMMY S |
| 640 | OGLESBEE, JOHN E |
| 641 | OLIN, MICHAEL J |
| 642 | OLIVARES, DAYMAN J |
| 643 | OLSEN, THOR J |
| 644 | OLSON, DANIEL J |
| 645 | OLSON, NICOLE |
| 646 | ONG, JAMES S RHAMEY |
| 647 | ORELLANA, MIGUEL A REYES |
| 648 | ORGAN, CLAYTON A |
| 649 | ORTEGA-RIOS, ALBERTO O |
| 650 | ORTIZ, ANGELA M |
| 651 | ORTIZ, ARIS U |
| 652 | ORTIZ, HEATHER |
| 653 | OSORIA, GREGORIO |
| 654 | OTIS, D'MOREA KC |
| 655 | OUELLETTE, JOSEPH C |
| 656 | OWENS, MARK A |
| 657 | OWENS, SARAH E |

| 658 | PACHECO, MARK A |
| 659 | PACHECO, PAMELA SALAMANCA |
| 660 | PACHECO, STEFEN R |
| 661 | PALACIOS, NADIA M |
| 662 | PALACIOS, NATALIA M |
| 663 | PALLO, EMILY |
| 664 | PANTOJA, KAMMI N |
| 665 | PAPCZYNSKI, DALTON J |
| 666 | PARKER, JOHNNY D |
| 667 | PATINO, ADOLFO |
| 668 | PATINO, ERIK |
| 669 | PATRICK, HALEY M |
| 670 | PATRICK, JUSTIN E |
| 671 | PATRIZ-CASTRO, LILIANA R |
| 672 | PATTEN, TROY C |
| 673 | PAUWELS, CHASITY M |
| 674 | PAUWELS, CHRISTOPHER M |
| 675 | PAXTON, CHRISTOPHER M |
| 676 | PEACE, SAGE E |
| 677 | PEDLER, BRYAN |
| 678 | PEDZINSKI, BRITTANY A |
| 679 | PEDZINSKI, ROBERT D |
| 680 | PEICH, JEFFREY C |
| 681 | PENA, ISAAC S |
| 682 | PERRY, KAYLA G |
| 683 | PERSING, CHRISTINA |
| 684 | PERZANOWSKI, MARY |
| 685 | PETER, DARRIC L |
| 686 | PETRE, LEONARD K |
| 687 | PETTY, MORGAN J |
| 688 | PHELPS, STEPHEN |
| 689 | PIFER, ZAKKARY R |
| 690 | PINA, JORGE A IBANEZ |
| 691 | PINA, JOSE ROJAS |
| 692 | PIPER, DAVID L |
| 693 | PLETCHER, JONATHON D |
| 694 | PLETCHER, WENDY K |
| 695 | PLOTT, CLIFTON D |
| 696 | PONDER, KRYSTINA |
| 697 | PONTIUS, SHAWN |
| 698 | PORTER, JOSHUA L |
| 699 | POSEY, TIFFANY L |
| 700 | POWERS, WENDELL L |
| 701 | PRAKLET, KRISTA M |
| 702 | PRICE, K SHAWN T |
| 703 | PRICE, RACHEL M |
| 704 | PRZEWOZNIK, CLAYTON M |

| 705 | PRZEWOZNIK, MICHAEL D |
| 706 | PULLIN, RICHARD D |
| 707 | PURCELL, BRANDON T |
| 708 | RAMER, BRANDON J |
| 709 | RAMIREZ, ELIUT Z |
| 710 | RAMIREZ, JOSHUA R |
| 711 | RAMIREZ, JULIAN |
| 712 | RAMIREZ, KATIE CAMACHO |
| 713 | RANDALL, CRAIG A |
| 714 | RANGEL, JOSE J MENDOZA |
| 715 | RANGEL, MARIANA A NICASIO |
| 716 | RATLIFF, KELLY D |
| 717 | REARDON, ALLISHA L |
| 718 | REED, GAGE A |
| 719 | REED, RACHEL A |
| 720 | REED, RYAN R |
| 721 | REFFEITT IV, WILLIAM C |
| 722 | REINHOLT, MARSHA |
| 723 | REYNA, ARMONDO C |
| 724 | REYNOLDS, CHASE A |
| 725 | RICHARDSON, JOHN |
| 726 | RICHARDSON, JONATHON E |
| 727 | RIDER, MICHAELA P |
| 728 | RIEHLE, JEFFERY D |
| 729 | RIGGS, CORIE L |
| 730 | RINGLE, JOSHUA M |
| 731 | RISSER, MYRON L |
| 732 | RIVERA, JOSE M LABOY |
| 733 | RIZOR, DAVID T |
| 734 | RIZOR, NIKOLAS J |
| 735 | ROBAINA, RAFAEL E VALDES |
| 736 | ROBERTS, CHRISTINA M |
| 737 | ROBERTS, STEPHEN L |
| 738 | ROBINSON, MARYLEE |
| 739 | ROBINSON, ROBERT |
| 740 | ROBINSON, VELVER E |
| 741 | ROBISON, ANDREW C |
| 742 | ROCHA, ADRIAN MORA |
| 743 | ROCK, REGINA L |
| 744 | RODRIGUEZ, DIANE J |
| 745 | RODRIGUEZ, LUCAS M |
| 746 | RODRIGUEZ, SANDRA D |
| 747 | RODRIGUEZ, THOMAS |
| 748 | RODRIGUEZ, VICTOR M PONCE |
| 749 | ROESCH, BRANDON L |
| 750 | ROESCH, BRIAN L |
| 751 | ROLON, EDUARDO |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| | |
|---|---|
| 752 | ROSENDAHL, KATHY L |
| 753 | ROSS, KELLY M |
| 754 | ROSS, KIRK A |
| 755 | ROUCH, SCOTT E |
| 756 | RUBIO, BRYAN E GARCIA |
| 757 | RUCKER, KESHAUN |
| 758 | RUGGIERI, DUSTIN F |
| 759 | RUNYON, GREGORY A |
| 760 | RUSSELL, DENNIS C |
| 761 | RUSSELL, JOEL C |
| 762 | RUVALCABA, PEDRO C |
| 763 | SALAS, TOMASITA |
| 764 | SAMPSON, HENRY |
| 765 | SANCA, TYLER G |
| 766 | SANCHEZ, DANIEL A TREJO |
| 767 | SANCHEZ, MARIA L |
| 768 | SANCHEZ, RENE GARCIA |
| 769 | SANCHEZ, ROGELIO |
| 770 | SANDERS, SAMANTHA I |
| 771 | SANDOVAL, VICTOR M |
| 772 | SANDSMARK, LISA KAY |
| 773 | SANTANA, JOSE L |
| 774 | SANTILLAN, GALDINO |
| 775 | SARGENT, HOPE R |
| 776 | SAROS II, MICHAEL A |
| 777 | SAUER, SEAN D |
| 778 | SAYLOR, COLTON D |
| 779 | SAYLOR, DAVID |
| 780 | SCHAEFER, JESSE A |
| 781 | SCHAETZLE, JONATHAN A |
| 782 | SCHEETZ, RONALD R |
| 783 | SCHIRRIPA, JOHN M |
| 784 | SCHLABACH, ASHLEY R |
| 785 | SCHMANKE, DERRICK L |
| 786 | SCHULTZ, TYLER M |
| 787 | SCHWAB, ELIZABETH F |
| 788 | SCHWARTZ, HEIDI S |
| 789 | SCHWEYER, RYAN D |
| 790 | SCOTT, NATHANIEL I |
| 791 | SCOTT, NICHOLAS J |
| 792 | SEALS, KYLE A |
| 793 | SEATON, TYLER R |
| 794 | SECOR, LISA S |
| 795 | SEIGLER, WILLIAM R |
| 796 | SELLERS, NATASHA R |
| 797 | SEMAN, LEAH C |
| 798 | SENTER JR, TIMOTHY L |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| | |
|---|---|
| 799 | SHAFFER, CHRISTY T |
| 800 | SHAFFER, DEREK A |
| 801 | SHAFFER, LARRY R |
| 802 | SHANK, ERICA L |
| 803 | SHANYFELT, BRITTANY N |
| 804 | SHAPLAND, SCOTT A |
| 805 | SHARP, VINCENT F |
| 806 | SHEAR, JASON L |
| 807 | SHELLEY, GLENDA A |
| 808 | SHELTON, STEPHANIE M |
| 809 | SHEPHERD, BRANDEN |
| 810 | SHEPHERD, MICHAEL J |
| 811 | SHEPHERD, VERNIE |
| 812 | SHINN, AUSTIN T |
| 813 | SHORTER, TIMOTHY A |
| 814 | SICKELS, ANDREW L |
| 815 | SILLS, JOHNATHAN H |
| 816 | SILVA, CODY R |
| 817 | SILVA, MICHAEL |
| 818 | SILVA, MIGUEL A |
| 819 | SIMENTAL, CHRISTIAN |
| 820 | SIMPSON, JARED |
| 821 | SIMPSON, MICHAEL W |
| 822 | SIMS, ALEC R |
| 823 | SINGLETON II, KEITH |
| 824 | SKINNER, MARIAH A |
| 825 | SKOCZ, RYAN C |
| 826 | SLABAUGH, ASHLEY M |
| 827 | SLABAUGH, BENJAMIN N |
| 828 | SLABAUGH, SHARON |
| 829 | SLISZ, ERIC P |
| 830 | SLONE, CHRISTOPHER W |
| 831 | SLONE, KIARA N |
| 832 | SMEDIUK, RICK |
| 833 | SMITH, CALLAHAN A |
| 834 | SMITH, DYLAN C |
| 835 | SMITH, FOUNT J |
| 836 | SMITH, JOHNNIE L |
| 837 | SMITH, KEATON |
| 838 | SMITH, SEABROOK LW |
| 839 | SMITH, TONIESHA L |
| 840 | SMITH, TRAVIS M |
| 841 | SMITH, TYLER P |
| 842 | SNELLING, KEVIN W |
| 843 | SNODDERLY, BILLY R |
| 844 | SNYDER, JAMES |
| 845 | SORGENFREI, JEFF A |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| | |
|---|---|
| 846 | SOTO, ULISES MONDRAGON |
| 847 | SPANDAU, RONALD J |
| 848 | SPANIER, ASHLEY N |
| 849 | SPARKS, GERALD T |
| 850 | SPEARS, KIMBERLY L |
| 851 | SPENCER, SKYLAR B |
| 852 | SPICE, MARK W |
| 853 | SPICER, SAMUEL M |
| 854 | SPINDLER, PAMELA |
| 855 | SPITAELS, RHONDA S |
| 856 | SPRIGGS, SKYLAR C |
| 857 | STACY, BRIAN A |
| 858 | STANTON, MICHAEL |
| 859 | STEELE, ELMER |
| 860 | STEIGERWALD, TODD A |
| 861 | STEINKE, THOMAS L |
| 862 | STEPHENSON, TROY R |
| 863 | STEVENS, BRANDON T |
| 864 | STEWART, LARRY E |
| 865 | STEWART, NOAH C |
| 866 | STILES, TYLER L |
| 867 | STONEBURNER, JASON M |
| 868 | STOOPS, LAURIE B |
| 869 | STORMS, BRANDE L |
| 870 | STRAUSS BERRIZBEITIA, DANIEL J |
| 871 | STRAUSS, DONNA J |
| 872 | STRAYER, BRADY A |
| 873 | STRONG, WILLIAM H |
| 874 | STROUD, JASON H |
| 875 | STUART, CASSANDRA D |
| 876 | STUMP, ADAM C |
| 877 | STUMP, JEFFREY J |
| 878 | STURDIVANT, ASHLEY B |
| 879 | STUTZMAN, KATHRYN C. |
| 880 | SUMNER, AMY N |
| 881 | SUPER, BLAIRE E |
| 882 | SWAIN, RICHARD E |
| 883 | SWEARENGIN, ROBERT |
| 884 | SWEET, PATRICK D |
| 885 | TABERSKI, DARLA A |
| 886 | TAYLOR, CHARLES E |
| 887 | TAYLOR, MARCUS |
| 888 | TEAL, BRITTNEY R |
| 889 | TEEL, GARY |
| 890 | TEMPLETON, LAURENCE A |
| 891 | TEMPLETON, TEISA K |
| 892 | TERRELL, LUKE W |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| | |
|---|---|
| 893 | TETZLOFF-NORDMAN, AUSTIN S |
| 894 | THACKER, DIANA |
| 895 | THAYER, MATTHEW W |
| 896 | THOMPSON, LONNIE E |
| 897 | THOMPSON, TYLER R |
| 898 | THORNTON JR, ANTHONY R |
| 899 | THORNTON, MICHAEL L |
| 900 | TILL, LOGAN M |
| 901 | TILLMAN, DUSTIN P |
| 902 | TIMMONS, DEREK A |
| 903 | TIRADO, GUILLERMO GAMEZ |
| 904 | TONKIN, ASHLEY N |
| 905 | TRAMMELL, MELVIN H |
| 906 | TRENT, ALGIN R |
| 907 | TRENT, CHARITY L |
| 908 | TRIPP, CRYSTAL B |
| 909 | TRIPP, TRAVIS J |
| 910 | TROYER, TRENTON A |
| 911 | TRUEX, TRAVIS R |
| 912 | TUBICSAK, CONNIE L |
| 913 | TUCKER, CAMERON R |
| 914 | TUCKER, COLTON C |
| 915 | TUCKER, DEREK L |
| 916 | ULLERY, DANICA L |
| 917 | VALADEZ, LAZARO |
| 918 | VALLE, NOEL S |
| 919 | VANATOR, QUINCY J |
| 920 | VANDAMME, KYLE |
| 921 | VANDEMARK, SHYANE M |
| 922 | VANDERFORD, DONALD J |
| 923 | VANDYGRIFF, JAMES M |
| 924 | VANEMON, ZACHARY C |
| 925 | VANFLEEREN, JOCELYN A |
| 926 | VANNESS, JOSEPH C |
| 927 | VANTINE, TAMMY |
| 928 | VEGUILLA, LUIS A RIVERA |
| 929 | VEICH, CHRIS |
| 930 | VENZON, CODY J |
| 931 | VICARY, CHELSEA M |
| 932 | VIDMAR, TODD M |
| 933 | VILLA JR, FELIPE J |
| 934 | VILLA, OMAR J |
| 935 | VILLEGAS, LAURA |
| 936 | VINCENT, TODD G |
| 937 | WADE, LEE |
| 938 | WAGLEY, SHAUN A |
| 939 | WAGNER, DANIEL J |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| 940 | WAGNER, JEREMIAH A |
|-----|---------------------|
| 941 | WAITE, RONALD W |
| 942 | WALDEN, DAKOTA J |
| 943 | WALDRON, CHET W |
| 944 | WALLACE, BRIAN |
| 945 | WALTENBERGER, JAMES J |
| 946 | WARD, AMBER |
| 947 | WARD, BENJAMIN |
| 948 | WARD, BRANDEN M |
| 949 | WARNER, MARK A |
| 950 | WARNOCK, BRIAN T |
| 951 | WARREN, RYAN |
| 952 | WATSON, TYRONE L |
| 953 | WEBBER, ARTHUR E |
| 954 | WEBBER, STEVEN A |
| 955 | WEDDLE, CHAD M |
| 956 | WEINBERG, CASSANDRA |
| 957 | WEIR, JEFFREY M |
| 958 | WENT, JOHN J |
| 959 | WESSELER, LISA |
| 960 | WHARTON, GREGORY T |
| 961 | WHELPLEY, ERIC D |
| 962 | WHITE, HEATHER K |
| 963 | WHITE, JAMES H |
| 964 | WHITE, ZACHARY D |
| 965 | WHITEHURST, CASEY W |
| 966 | WHITENER, SHERMAN M |
| 967 | WHYBREW, DALE A |
| 968 | WILBURN, ANTHONY W |
| 969 | WILDEROM, BRANDON |
| 970 | WILKINS, KEOLA K |
| 971 | WILLARD, WILLIAM L |
| 972 | WILLIAMS, JOSHUA P |
| 973 | WILLIAMSON, COURTNEY N |
| 974 | WILSON, ANTHONY A |
| 975 | WILSON, SHAWNON D |
| 976 | WILSON, STEPHANIE N |
| 977 | WILSON, THOMAS M |
| 978 | WILTROUT, STEPHEN D |
| 979 | WISECARVER, MICHAEL S |
| 980 | WITHROW, TRACE J |
| 981 | WIXSON, JAMES R |
| 982 | WLODAREK, MATTHEW J |
| 983 | WOJTYSIAK, MARK E |
| 984 | WOOD, EMILEE N |
| 985 | WOOD, JERRY E |
| 986 | WOODKA, GRANT G |

DocuSign Envelope ID: 64C3E74C-1083-4D37-976D-5A915E2BA275

| 987 | WOODS, AUSTIN G |
| 988 | WOODS, DUSTIN W |
| 989 | WOOLF, MICHAEL P |
| 990 | WRIGHT JR, DARYL W |
| 991 | WRIGHT, KAYCE L |
| 992 | WRIGHT, KRISTY |
| 993 | YESH, CHRISTOPHER J |
| 994 | YODER, ANDREW E |
| 995 | YODER, ARIEL |
| 996 | YODER, MATTHEW C |
| 997 | YOST, MICHAEL |
| 998 | YOUNG, CORY |
| 999 | YOUNG, MILES F |
| 1000 | ZARSE, MICHAEL G |
| 1001 | ZECH, ANDREA M |
| 1002 | ZELAYA, NELSON |
| 1003 | ZIMMERMAN, BRUCE A |
| 1004 | ZINK, DUSTIN |
| 1005 | ZINSMASTER, JOSH |
| 1006 | ZUNIGA, NOEMI B |